NYCTL 1996-1 TRUST, Respondent, v ANDREW-ZUCK REALTY CORP. et al., Appellants, et al., Defendants.

Submitted October 27, 2003; decided December 22, 2003

Motion for reconsideration of this Court's September 9, 2003 dismissal order denied [*see* 100 NY2d 613]. Motion for leave to appeal denied.